In the Matter of the Claim of DAVID W. HOWARD, Respondent, v STATURE ELECTRIC, INC., et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 13, 2012; decided October 30, 2012

Motion to strike the supplemental appendix and portions of the brief filed by respondent David W. Howard granted to the extent of deeming stricken the material in the brief that refers to the supplemental appendix; motion to strike otherwise denied.